**Order entered February 3, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01284-CV

## IN RE WAYNE WARSHAWSKY, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-53388-2010**

## ORDER
Before Justices Reichek and Carlyle

Before the Court is relator's December 22, 2022 motion for rehearing. Real party in interest and respondent are requested to file a response, if any, within **FIFTEEN DAYS** of the date of this order.

/s/ AMANDA L. REICHEK
   JUSTICE